IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 9 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02442-BNB

MIGUEL ANGEL PUENTES-ROSABAL,

Plaintiff,

v.

DAVID R. FINE, Denver City Attorney, In his Personal and Official Capacity as Denver City Attorney,
THE CITY AND COUNTY OF DENVER, A Municipal Corporation and as County,
MITCHELL MORRISSEY, District Attorney for the Second Judicial District in Denver, In his Personal and Official Capacity as District Attorney for the Second Judicial District in Denver, Colorado,
JOSEPH MORALES, Deputy District Attorney for the Second Judicial District, In his Personal and Official Capacity as Deputy District Attorney for the Second Judicial District in Denver, Colorado, and
DANIEL CHUN, Investigator for the District Attorney of the Second Judicial District, In his Personal and Official Capacity as Investigator for the District Attorney's Office for the Second Judicial District in Denver, Colorado,

Defendants.

## ORDER OF DISMISSAL

When Plaintiff Miguel Angel Puentes-Rosabal initiated the instant Complaint, on November 15, 2008, he resided in Denver, Colorado. Upon review of the merits of the Complaint, Magistrate Judge Boyd N. Boland entered an order, on February 1, 2008, directing Plaintiff to file an Amended Complaint. Plaintiff specifically was instructed to amend the Complaint, in keeping with Fed. R. Civ. P. 8(a), and assert personal participation by each named Defendant. Plaintiff also was instructed to state what each named Defendant did to him, when they did it, how their action harmed him, and what specific legal right they violated. **See Nasious v. Two Unknown B.I.C.E. Agents**, 492 F.3d 1158, 1163 (10th Cir. 2007).

On February 27, 2008, Plaintiff filed a "Motion to Extend Deadline to File Amendment Complaint." Magistrate Judge Boland entered a Minute Order on March 3, 2008, granting Plaintiff's request. On March 24, 2008, the copy of the March 3, 2008, Minute Order that was sent to Plaintiff was returned to the Court in an envelope marked "Return to Sender Puentes Moved Left No Address Unable to Forward Return to Sender." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within ten days of any change of address. Nonetheless, Plaintiff now has failed to communicate with the Court, and as a result he has failed to comply with Magistrate Judge Boland's February 1, 2008, Order to File Amended Complaint within the time allowed.

Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly determined that Plaintiff's Complaint is deficient and that he is required to amend the Complaint in keeping with Rule 8(a)(2) and with **Nasious**. Therefore, the Complaint will be dismissed for failure to amend and to prosecute. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this 8 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02442-BNB

Miguel Angel Puentes-Rosabal
3744 Navajo Street
Denver, CO 80211

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/9/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk